IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VANESSA GRIFFIN, *et al.*                                                                                    PLAINTIFFS

VS.                                            CASE NO. 14-CV-4065

TONY ALAMO a/k/a
BERNIE L. HOFFMAN, *et al*.                                                                              DEFENDANTS

## ORDER

Before the Court are Plaintiffs' Motion to Set Aside Default as to Certain Defendants (ECF No. 51) and Motion to Stay Motion for Default Judgment as to Certain Defendants (ECF No. 55). On October 20, 2014, Plaintiffs filed a Motion for Default Judgment (ECF No. 35) requesting that a default judgment be entered against the following Defendants who had allegedly failed to file a timely Answer to Plaintiffs' Complaint: Steve Lovellette, Ron Decker, Donn Wolf, Advantage Food Group, Advantage Sales, LLC, Tony Alamo a/k/a Bernie Hoffman, Tony and Susan Alamo Foundation, Tommy Scarcello, Action Distributors, and Sanford White.

Plaintiffs Motion to Set Aside Default (ECF No. 51) requests that their motion for default be withdrawn as to the following Defendants who have obtained counsel: Steve Lovellette, Ron Decker, Don Wolf, Advantage Food Group, and Advantage Sales, LLC. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.

As to the remaining Defendants referenced in Plaintiffs' Motion for Default Judgment–Tony Alamo a/k/a Bernie Hoffman, Tony and Susan Alamo Foundation, Action Distributors, Tommy Scarcello, and Sanford White–Plaintiffs now request that the Court stay consideration of a default judgment against these Defendants. Plaintiffs state that they are still attempting to resolve service

issues and have not decided with certainty which defendants it will seek default judgment against. Upon consideration, the Court finds that the Motion to Stay Motion for Default Judgment as to Certain Defendants (ECF No. 55) should be and hereby is **GRANTED**. Plaintiffs must supply the Court with a status report on the Motion for Default Judgment on or before April 1, 2015.

IT IS SO ORDERED, this 13th day of February, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge