IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VANESSA GRIFFIN, *et al.*                                                              PLAINTIFFS

VS.                              CASE NO. 14-CV-4065

TONY ALAMO a/k/a
BERNIE L. HOFFMAN, *et al*.                                                 DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion to Set Aside Default as to Certain Defendants (ECF No. 58). On October 20, 2014, Plaintiffs filed a Motion for Default Judgment (ECF No. 35) requesting that a default judgment be entered against the following Defendants who had allegedly failed to file a timely Answer to Plaintiffs' Complaint: Steve Lovellette, Ron Decker, Donn Wolf, Advantage Food Group, Advantage Sales, LLC, Tony Alamo a/k/a Bernie Hoffman, Tony and Susan Alamo Foundation, Tommy Scarcello, Action Distributors, and Sanford White. On February 13, 2015, Plaintiffs first Motion to Set Aside Default (ECF No. 51) was granted as to the following Defendants: Steve Lovellette, Ron Decker, Don Wolf, Advantage Food Group, and Advantage Sales, LLC.

Plaintiffs now request that their motion for default be withdrawn as to these additional Defendants who have obtained counsel: Tommy Scarcello, Sanford White, and Action Distributors. Upon consideration, the Court finds that the Motion to Set Aside Default Judgment as to these Defendants should be and hereby is **GRANTED.**

IT IS SO ORDERED, this 10th day of March, 2015.

                                                                                            /s/ Susan O. Hickey
                                                                                          Susan O. Hickey
                                                                                          United States District Judge