IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VANESSA GRIFFIN, *et al.*　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

VS.　　　　　　　　　　　CASE NO. 14-CV-4065

TONY ALAMO a/k/a
BERNIE L. HOFFMAN, *et al*.　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

　　Before the Court is Plaintiffs' Motion to Stay Pending Default Judgment Motion. (ECF No. 71). Plaintiffs request that the Court stay consideration of its second pending default judgment motion (ECF No. 35) against various Defendants, including Defendant Tony Alamo. Plaintiffs state that judicial economy would be served by staying the motion while discovery is conducted.

　　Upon consideration, the Court finds that the Motion to Stay Motion for Default Judgment as to Certain Defendants (ECF No. 71) should be and hereby is **GRANTED**. Plaintiffs must supply the Court with a status report on the Motion for Default Judgment on or before June 1, 2015.

　　IT IS SO ORDERED, this 7th day of April, 2015.

　　　　　　　　　　　　　　　　　　　　/s/ Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　United States District Judge