IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VANESSA GRIFFIN, ET AL.                                            PLAINTIFFS

V.                                    4:14-cv-4065

TONY ALAMO a/k/a BERNIE L. HOFFMAN, ET AL.                         DEFENDANTS

## ORDER

Before the Court is a Motion to Withdraw as Counsel (ECF No. 83) filed by Stuart Miller.  Mr. Miller seeks to withdraw himself as counsel of record for Defendants Action Distributors, Inc. and Tommy Scarcello.  These Defendants will continue to be represented by their remaining counsel of record.  Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.  Stuart Miller is hereby withdrawn as counsel of record for Action Distributors, Inc. and Tommy Scarcello.

**IT IS SO ORDERED**, this 16th day of June, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge