IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VANESSA GRIFFIN, ET AL.                                                                    PLAINTIFFS

V.                                              4:14-cv-4065

TONY ALAMO a/k/a BERNIE L. HOFFMAN, ET AL.                              DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Notice of Dismissal. (ECF No. 110). Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs seek to dismiss their claims against the following Separate Defendants: Jeff Piniorini, Douglas Brubach, Levin Davis, Don Davis, Shimon Davis, Tony Alamo Christian Ministry, and Junkin for Joy, Inc.

After considering Plaintiffs' Notice of Dismissal, the Court finds that the claims against these Separate Defendants should be and hereby are **DISSMISED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of September, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge