IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 13 2016

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| VANESSA GRIFFIN; MARCUS GRIFFIN; BROOKLYNN HOWARD; ALSANDRIA REID; ALPHONSO REID; ANGELA ONDRISEK; NICHOLAS BRODERICK; MATTHEW BRODERICK; MARISSA BRODERICK; SHAINA BRODERICK; NATHAN GRIFFIN by and through his next friend Tonia Griffin and ALEXIS BRODERICK by and through her next friend Sheldon Griffis. | PLAINTIFFS |
| V.                   4:14-CV-04065 SOH | |
| TONY ALAMO a/k/a BERNIE L. HOFFMAN; TONY AND SUSAN ALAMO FOUNDATION; TWENTY FIRST CENTURY HOLINESS TABERNACLE CHURCH INC.; TONY ALAMO CHRISTIAN MINISTRY; ARMFUL OF HELP; ADVANTAGE FOOD GROUP; ADVANTAGE SALES, LLC; ACTION DISTRIBUTORS, INC.; GLORYLAND CHRISTIAN CHURCH; JUNKIN FOR JOY, INC.; GREG SEAGO; ANGELA MORALES; RON DECKER; SANFOR WHITE; DONN WOLF; STEVE LOVELLETTE; TOMMY SCARCELLO; JEANNE ESTATE APARTMENTS, INC.; RITE WAY ROOFING, STEVE JOHNSON, SALLY DEMOULIN, LEVIN DAVIS, SHIMON DAVIS; DON DAVIS, DOUGLAS BRUBACH, JEFF PINIORINI; JOHN DOES I-XI, SHAREHOLDERS, OFFICERS, DIRECTORS OR EMPLOYEES OF ABOVE NAMED DEFENDANTS, AND ANY OTHER BUSINESS ASSOCIATED WITH ABOVE NAMED DEFENDANTS. | DEFENDANTS |

## THIRD PARTY COMPLAINT

COME NOW Separate Defendant and Third Party Plaintiff, Steve Johnson, by and through his attorneys, and Advantage Food Group, Advantage Sales, LLC, Jeanne Estates Apartments, Inc., Ron Decker, Donn Wolf and Steve Lovellette, by and through their attorneys,

and Tommy Scarcello, Action Distributors, Inc., Rite Way Roofing and Angela Morales, by and through their attorneys, and for their Third Party Complaint against Third Party Defendants, Greg Seago, Gina Elizabeth Howard, Alphonso Reid, Sr., Cynthia Yates Reid, Richard Ondrisek, Debra Ondrisek and Brian Broderick, would state, allege and show unto the Court as follows:

1. Greg Seago and Gina Elizabeth Howard are individuals who were formerly married and are the parents of Plaintiffs Marcus Griffin, Vanessa Griffin, Brooklyn Howard and Nathan Griffin at all times relevant to this cause of action. Greg Seago's last known addresses are 1729 Right Fork Laurel Road, Blaine, Kentucky 41124 and/or 1333 Tyler Court, Woodland, California 95776. Gina Elizabeth Howard, upon present information and belief, resides at 551 Gerling Street, Schenectady, New York 12308.

2. Alphonso Reid, Sr. and Cynthia Yates Reid are or were married at all times material to this action and are the parents of Plaintiffs Alphonso Reid and Alsandria Reid. Alphonso Reid, Sr., upon present information and belief resides at 13136 Sierra Hwy, Canyon Country, California 91351. Cynthia Yates Reid, upon present information and belief, resides at 30A RR 1, Edmond, Oklahoma 73025 or 14 NE 13th Street, Oklahoma City, Oklahoma 73104.

3. Richard Ondrisek and Debra Ondrisek, are or were married at all material times relevant to this cause of action and are the parents of Angela Ondrisek. Richard Ondrisek, upon current information and belief, resides at 2704 Lavern Street, Bryant, Arkansas 72022. Debra Ondrisek, upon present information and belief, resides in Texarkana and has a mailing address of P.O. Box 6467, Texarkana, Texas 75505, or 905 Locust Street, Texarkana, Arkansas 71854.

4. Brian Broderick is the father of Plaintiffs Nicholas, Matthew, Marissa, Shaina and Alexis Broderick. Brian Broderick, upon present information and belief, resides at 1301 Grand Oak Drive, Greenwood, Arkansas 72936 and may be served with process at that address.

5. These Third Party Defendants as named herein are or were members of the Tony Alamo Christian Ministries Church in Arkansas such that they have purposefully availed themselves of the benefits of the laws of the jurisdiction in which this Court exists so as to provide this Court with personal jurisdiction over each and all of them.

6. This Court has jurisdiction over the claims asserted in this Third Party Complaint pursuant to 28 U.S.C. §§ 1331 and 1367, as well as 18 U.S.C. §§ 1581-1595 and 18 U.S.C. §1592. The addition of the above-named individuals as Third Party Defendants to this lawsuit does not destroy the Court's jurisdiction of the parties to this lawsuit or the subject matter thereto. Likewise, venue remains proper in this Court pursuant to 28 U.S.C. § 1391(a)(2) and Fed. R. Civ. P. 14.

## FACTS

7. Without admitting the averments contained in Plaintiffs' Complaint, and First, Second and Third Amended Complaint, each of which have been denied and which are subject to the affirmative defenses raised by these Separate Defendants to this lawsuit, Separate Defendants hereby incorporate by reference Plaintiffs' Second and Third Amended Complaint pursuant to Fed. R. Civ. P. 10(c). *See* Plaintiffs' Second Amended Complaint, attached as Exhibit "A" and Plaintiffs' Third Amended Complaint, attached hereto as Exhibit "B".

8. By way of background, Plaintiffs filed their Complaint against Separate Defendants on April 21, 2014 (except for Steve Johnson) and filed a First Amended Complaint on December 22, 2014 (adding Steve Johnson), a Second Amended Complaint on June 4, 2015, and a Third Amended Complaint on December 30, 2015, alleging causes of action for violations of the Trafficking Victims Protection Act, 18 U.S.C. §§ 1581 - 1595 and documentary servitude statute 18 U.S.C. §1592, as well as state causes of action including battery, false imprisonment,

outrage/intentional infliction of emotional distress, negligent hiring, retention and supervision, and alleging joint venture/enterprise liability.

9. Plaintiffs' lawsuit as stated in the Third Amended Complaint, seeks general and special damages for various elements, including medical expenses, physical pain and suffering, mental anguish, lost wages, attorney fees, costs of suit, exemplary damages, and interest, as a result of claims based primarily upon the actions of Tony Alamo, and certain followers of his ministry and businesses associated with the ministry, including these Third-Party Plaintiffs.

10. Third Party Defendants are or were members of the same ministry and followers of Tony Alamo, as well as the parents and legal guardians of the Plaintiffs.

11. Third Party Defendants had the primary, if not exclusive duty of raising their children and protecting their children from the very harms that are made the basis of the Third Amended Complaint. Instead, Third Party Defendants either expressly consented to, participated in, passively agreed with, were personally involved with each and all of the allegations made the basis of Plaintiffs' Third Amended Complaint.

12. Third Party Defendants were the immediate family of, and the adults closest to Plaintiffs, and were charged by law with the spiritual, moral and legal responsibility for their children and also possess the greatest ability to prevent any harm to these children who are now Plaintiffs, but instead they consented to, participated in, were involved with, and/or directed the actions of which Plaintiffs now make the basis of their Third Amended Complaint.

## COUNTS

13. The allegations contained in Plaintiffs' Third Amended Complaint are herewith reasserted as if set forth fully herein against Richard Ondrisek, Debra Ondrisek, Alphonso Reid, Sr., Cynthia Yates Reid, Greg Seago, Gina Elizabeth Howard and Brian Broderick.

14. These Third Party Defendants were, at the time of the incidents giving rise to this lawsuit, the parents and legal guardians of Plaintiffs. As such, each Third Party Defendant owed his or her respective child and current Plaintiff a duty to act with reasonable care in his or her capacity as parent and guardian.

15. These Third Party Defendants consented and sometimes participated in the very actions that Plaintiffs now make the basis of their Third Amended Complaint herein, and also may have suggested or directed the actions of which Plaintiffs complain. Furthermore, Third Party Defendants could have, at any time, removed their children from the ministry if they did not agree with the actions taken involving their children since Tony Alamo and the ministry had a policy of freely allowing adults to leave the ministry and take their children with them.

16. If Plaintiffs are able to prove the allegations as set forth in their Third Amended Complaint, then each Third Party Defendant would necessarily have breached their duty of care to their children, and therefore are liable for all damages that may be proven by these Plaintiffs.

17. As a result of that breach of the duty of reasonable care, guidance and supervision of their children, Third Party Defendants proximately caused any damages proven by Plaintiffs to have been sustained.

18. Accordingly, Third Party Defendants are individually and jointly and severally liable for contribution to these Separate Defendants for Plaintiffs' claims against Separate Defendants in this lawsuit pursuant to the Arkansas Uniform Contribution Among Joint Tortfeasors Act, codified at Ark. Code Ann. § 16-61-201 *et seq.*, and/or for indemnity for any and all amounts awarded to Plaintiffs.

19.     Pursuant to Fed. R. Civ. P. 10(c), Separate Defendants hereby adopt and incorporate the allegations, affirmative defenses and prayers for relief contained and set forth in the pleadings previously filed by these Separate Defendants in this litigation.

**WHEREFORE,** Separate Defendants and Third Party Plaintiffs Steve Johnson, Advantage Food Group, Advantage Sales, LLC, Jeanne Estates Apartments, Inc., Ron Decker, Donn Wolf, Steve Lovellette, Tommy Scarcello, Action Distributors, Inc., Rite Way Roofing and Angela Morales, pray that the above-named Third Party Defendants be added as parties to the instant litigation; that such Third Party Defendants be held solely responsible and liable, or alternatively, jointly and severally liable with Third Party Plaintiffs, for any and all damages awarded to Plaintiffs at this trial; for their costs incurred and attorney's fees; and for all other relief to which they may show themselves justly entitled.

                Respectfully submitted,

                J. David Crisp
                **CRISP & FREEZE**
                1825 Moores Lane
                Texarkana, Texas 75503
                Telephone: (903) 831-4004
                Facsimile: (903) 831-4006
                Email: dcrisp@crispfreeze.com

By: _____
                J. David Crisp
                Arkansas Bar No. 79043

                J. Dennis Chambers
                **ATCHLEY, RUSSELL, WALDROP & HLAVINKA, L.L.P.**
                1710 Moores Lane -- P. O. Box 5517
                Texarkana, Texas 75503
                Telephone: (903) 792-8246
                Facsimile: (903) 792-5801
                Email: dchambers@arwhlaw.com

Brian D. Wood
**ROY, LAMBERT, LOVELACE, BINGAMAN & WOOD, L.L.P.**
2706 S. Dividend Drive
Springdale, Arkansas 72766
Telephone: (479) 756-8510
Facsimile: (479) 756-8562
Email: bwood@rllaw.com

Attorneys for Separate Defendant,
*Steve Johnson*


Stuart P. Miller
Karen Whatley
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: (501) 688-8896
Facsimile: (501) 918-7896
Email: smiller@mwlaw.com
       kwhatleyr@mwlaw.com

Attorneys for Separate Defendants,
*Advantage Food Group, Advantage Sales, Jeanne Estates Apartments, Ron Decker, Donn Wolf, Steve Lovellette and Jeanne Estates Apartments, Inc.*

D. Michael Huckabay, Jr.
Kathryn Knisley
**HUCKABAY LAW FIRM, PLC**
Simmons Tower
425 West Capitol Avenue, Suite 1575
Little Rock, Arkansas 72201
Telephone: (501) 375-5600
Facsimile: (501) 375-5605
Email: Michael@huckabaylawfirm.com
       Kathryn@huckabaylawfirm.com

Attorneys for Separate Defendants,
*Tommy Scarcello, Angela Morales, Rite Way Roofing, Inc. and Action Distributors, Inc.*

## CERTIFICATE OF SERVICE

  I, J. David Crisp, hereby certify that a true and correct copy of the above and foregoing pleading has been filed via the CN/ECF filing system and served electronically to the following via the CM/ECF system on this 13th day of January, 2016.

Charles Daniel Hancock
**HANCOCK LAW FIRM**
610 East 6th Street
Little Rock, Arkansas 72202
Hancock@hancocklawfirm.com
*Attorney for Plaintiffs*

Jonathan T. Lane
**THE LANE FIRM**
610 E. 6th Street
Little Rock, Arkansas 72202
lane@thelanefirm.com
*Attorney for Plaintiffs*

Stuart P. Miller
Karen Whatley
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
smiller@mwlaw.com
*Attorney for Advantage Sales, LLC, Advantage Food Group, Ron Decker, Donn Wolf, Steve Lovellette and Jeanne Estates Apartments, Inc.*

Richard Watts
Stacy Dumas Carson
**WATTS, DONOVAN & TILLEY**
200 River Market Avenue, Suite 200
Little Rock, Arkansas 72201
Richard.watts@wdt-law.com
Staci.carson@wdt-law.com
*Attorneys for Sanford White*

Scott Clevenger
**EICHENBAUM, LILES, P.A.**
124 W. Capitol, Suite 1900
Little Rock, Arkansas 72201
sclevenger@elhlaw.com
*Attorney for Sanford White*

D. Michael Huckabay, Jr.
Kathryn Knisley
**HUCKABAY LAW FIRM**
425 West Capitol, Suite 1575
Little Rock, Arkansas 72201
michael@huckabaylawfirm.com
kathryn@huckabaylawfirm.com
*Attorneys for Angela Morales, Action Distributors, Inc., Rite Way Roofing, Inc. and Tommy Scarcello*

_____
J. David Crisp