IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VANESSA GRIFFIN, *et al*.                                                                                   PLAINTIFFS

V.                                                        4:14-cv-4065

TONY ALAMO a/k/a
BERNIE L. HOFFMAN, *et al*.                                                                              DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion to Non-Suit Defendant Sanford White. (ECF No. 224). Plaintiffs move to voluntarily dismiss their claims against Separate Defendant Sanford White. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiffs' claims against Defendant Sanford White are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED, this 30th day of June, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge