IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


VANESSA GRIFFIN, *et al*.                                                     PLAINTIFFS


V.                                          4:14-cv-4065


TONY ALAMO a/k/a
BERNIE L. HOFFMAN, *et al.*                                          DEFENDANTS

## AMENDED ORDER

The Court's June 30, 2016 order of dismissal (ECF No. 232) is hereby amended to clarify

that the dismissal is with prejudice.

Before the Court is Plaintiffs' Motion to Non-Suit Defendant Sanford White.  (ECF No.

224).  Plaintiffs move to voluntarily dismiss their claims against Separate Defendant Sanford

White.   Upon consideration, the Court finds that the motion should be and hereby is

**GRANTED**.  Plaintiffs' claims against Defendant Sanford White are hereby **DISMISSED**

**WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED, this 19th day of July, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge