IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VANESSA GRIFFIN, *et al*.                                                                       PLAINTIFFS

V.                                              4:14-cv-4065

TONY ALAMO a/k/a
BERNIE L. HOFFMAN, *et al*.                                                                    DEFENDANTS

## ORDER

Before the Court is Plaintiffs' objection to various Defendants' notices of joinder. (ECF No. 239). Plaintiffs object to various Defendants' notices of joinder to certain summary judgment motions. (ECF Nos. 192, 233, 234). Defendants have requested that they be permitted to reply to Plaintiffs' objection. (ECF No. 253). In light of Plaintiffs' objection, certain Defendants have also re-filed their initial notice of joinder in the form of a motion. (ECF No. 251).

Upon consideration, the Court finds that no reply is needed, and no motions for joinder are necessary. It is this Court's policy to allow notices of joinder, so long as such notices fully adopt the previously filed motion without any deviation and the notices are timely filed in accordance with any motion deadlines. In the future, Plaintiffs should make an effort to contact the Court before filing objections of this kind. The Court is more than willing to answer any questions the parties may have regarding its procedures and policies.

Certain Defendants' Motion to File Reply (ECF No. 253) and Motion for Joinder (ECF No. 251) are hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 25th day of July, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge