IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VANESSA GRIFFIN, *et al*.                                                                PLAINTIFFS

V.                                              4:14-cv-4065

TONY ALAMO a/k/a
BERNIE L. HOFFMAN, *et al*.                                                         DEFENDANTS

## ORDER

Before the Court is Separate Defendants' Motion to Seal Exhibits. (ECF No. 284). On July 19, 2016, Separate Defendants filed a Joint Motion to Strike Plaintiffs' Expert Witness for failure to make timely and complete disclosures. (ECF Nos. 255-256). On August 23, 2016, Separate Defendants filed a reply in support of the motion. (ECF No. 282). Due to the sensitive and personal nature of some allegations in this matter and portions of the expert opinion, Separate Defendants request that certain exhibits to the Motion to Strike and Reply be sealed.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. The Clerk is directed to place ECF Nos. 270-2 and 282-1 under seal. The Clerk is further directed to allow the Court and the parties electronic access to the documents.

**IT IS SO ORDERED**, this 25th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge