IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


VANESSA GRIFFIN, ET AL.                                          PLAINTIFFS


V.                              CASE NO. 4:14-cv-4065


TONY ALAMO a/k/a BERNIE L. HOFFMAN, ET AL.                       DEFENDANTS


**ORDER**

    Before the Court is Plaintiffs' Motion to Withdraw Request to Extend Time to Complete Discovery as to Expert Depositions and Disclosures.   ECF No. 313.   Plaintiffs move to withdraw their Motion to Extend Time to Disclose Expert Reports and to Depose Experts filed on August 30, 2016.   ECF No. 293.   Upon consideration, the Court finds that Plaintiffs' motion (ECF No. 313) should be and hereby is **GRANTED**.   Accordingly, Defendants' Motion to Extend Time to Disclose Expert Reports and to Depose Experts (ECF No. 293) is **WITHDRAWN**.

    **IT IS SO ORDERED**, this 27th day of September, 2016.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge