IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VANESSA GRIFFIN; MARCUS GRIFFIN;
BROOKLYNN HOWARD; ALSANDRIA REID;
ALPHONSO REID; ANGELA ONDRISEK;
NICHOLAS BRODERICK; MATTHEW BRODERICK;
MARISSA BRODERICK; SHAINA BRODERICK;
NATHAN GRIFFIN by and through his next friend
Tonia Griffin; and ALEXIS BRODERICK by and through
her next friend Sheldon Griffis                                             PLAINTIFFS


v.                              Case No. 4:14-cv-4065


TONY ALAMO a/k/a BERNIE L. HOFFMAN;
TONY AND SUSAN ALAMO FOUNDATION;
TWENTY FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC.; ARMFUL OF HELP;
GLORYLAND CHRISTIAN CHURCH; and
JOHN DOES I-X – SHAREHOLDERS,
OFFICERS, DIRECTORS OR EMPLOYEES OF ABOVE
NAMED DEFENDANTS, AND ANY OTHER BUSINESS
ASSOCIATED WITH ABOVE NAMED DEFENDANTS                                      DEFENDANTS

## ORDER

Before the Court are two Motions for Summary Judgment (ECF Nos. 150 and 240) filed by Separate Defendants Advantage Food Group; Advantage Sales, LLC; Ron Decker; Jeanne Estates Apartments, Inc.; Steve Lovellette; and Don Wolf.  Also before the Court is a Motion for Summary Judgment (ECF No. 243) filed by Separate Defendants Action Distributors, Inc.; Sally Demoulin; Angela Morales; Rite Way Roofing, Inc.; and Tommy Scarcello.  Separate Defendant Steven Johnson has also filed a Motion for Summary Judgment (ECF No. 248) that is currently pending before the Court.

Before the Court ruled on the above motions, the parties fully settled and compromised their claims.  On March 23, 2017, the Court entered an order granting the parties' Joint Motion

for Dismissal with Prejudice. (ECF No. 322). The order dismissed Plaintiffs' claims against the following Defendants with prejudice: Advantage Food Group; Advantage Sales, LLC; Ron Decker; Donn Wolf; Steve Lovellette; Jeanne Estates Apartments, Inc.; Steve Johnson (a/k/a Steven Johnson); Action Distributors, Inc.; Angela Morales; Tommy Scarcello; Rite Way Roofing, Inc. (including Shimon Levin and Don Davis d/b/a Right Way Roofing); and Sally Demoulin. The order further dismissed Third Party Plaintiffs' claims against the following Third Party Defendants with prejudice: Greg Seago, Gina Elizabeth Howard, Alphonso Reid, Sr., Cynthia Yates Reid, Richard Ondrisek, Debra Ondrisek, and Brian Broderick.

As a result of the Court's order dismissing the above claims, the Court finds that the above-mentioned motions for summary judgment have been rendered moot. Accordingly, the Court finds that the Motions for Summary Judgment (ECF Nos. 150 and 240) filed by Separate Defendants Advantage Food Group; Advantage Sales, LLC; Ron Decker; Jeanne Estates Apartments, Inc.; Steve Lovellette; and Don Wolf are **DENIED AS MOOT**. The Court further finds that the Motion for Summary Judgment (ECF No. 243) filed by Separate Defendants Action Distributors, Inc.; Sally Demoulin; Angela Morales; Rite Way Roofing, Inc.; and Tommy Scarcello is **DENIED AS MOOT**. The Motion for Summary Judgment (ECF No. 248) filed by Separate Defendant Steven Johnson is also **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 23rd day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge