IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VANESSA GRIFFIN; MARCUS GRIFFIN;
BROOKLYNN HOWARD; ALSANDRIA REID;
ALPHONSO REID; ANGELA ONDRISEK;
NICHOLAS BRODERICK; MATTHEW BRODERICK;
MARISSA BRODERICK; SHAINA BRODERICK;
NATHAN GRIFFIN by and through his next friend
Tonia Griffin; and ALEXIS BRODERICK by and through
her next friend Sheldon Griffis                                    PLAINTIFFS

v.                                    4:14-CV-04065 SOH

TONY ALAMO a/k/a BERNIE L. HOFFMAN;
TONY AND SUSAN ALAMO FOUNDATION;
TWENTY FIRST CENTURY HOLINESS
TABERNACLE CHURCH, INC.; ARMFUL OF HELP;
ADVANTAGE FOOD GROUP; ADVANTAGE SALES, LLC;
ACTION DISTRIBUTORS, INC.; GLORYLAND CHRISTIAN CHURCH;
GREG SEAGO; ANGELA MORALES; RON DECKER;
DON WOLF; STEVE LOVELLETTE; TOMMY SCARCELLO;
JEANNE ESTATES APARTMENTS, INC.;
RITE WAY ROOFING, INC.; STEVEN JOHNSON; SALLY DEMOULIN;
THE ESTATE OF JOHN KOLBECK OR OTHER DESIGNEE;
JOHN DOES I-X – SHAREHOLDERS, OFFICERS, DIRECTORS
OR EMPLOYEES OF ABOVE NAMED DEFENDANTS, AND ANY
OTHER BUSINESS ASSOCIATED WITH ABOVE
NAMED DEFENDANTS                                    DEFENDANTS/
                                                   THIRD PARTY PLAINTIFFS

v.

GREG SEAGO; GINA ELIZABETH HOWARD;
ALPHONSO REID, SR.; CYNTHIA YATES REID;
RICHARD ONDRISEK; DEBRA ONDRISEK; AND
BRIAN BRODERICK                                    THIRD PARTY DEFENDANTS

## AMENDED ORDER

On March 23, 2017, the Court issued an order granting the parties' Joint Motion for

Dismissal with Prejudice.  (ECF No. 322).  The order is amended to reflect that an additional

party remains in the action.  The order is amended as follows:

Before the Court is the Parties' Joint Motion for Dismissal with Prejudice. (ECF No. 321). The parties state that Plaintiffs' claims pending against Defendants Advantage Food Group; Advantage Sales, LLC; Ron Decker; Donn Wolf; Steve Lovellette; Jeanne Estates Apartments, Inc.; Steve Johnson (a/k/a Steven Johnson); Action Distributors, Inc.; Angela Morales; Tommy Scarcello; Rite Way Roofing, Inc. (including Shimon Levin and Don Davis d/b/a Right Way Roofing); and Sally Demoulin have been fully settled and compromised. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties' motion is **GRANTED**, and Plaintiffs' claims against the above-named Defendants are hereby **DISMISSED WITH PREJUDICE**.

The parties further state that Third Party Plaintiffs' claims pending against Third Party Defendants Greg Seago, Gina Elizabeth Howard, Alphonso Reid, Sr., Cynthia Yates Reid, Richard Ondrisek, Debra Ondrisek, and Brian Broderick have been fully settled and compromised. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties' motion is **GRANTED**, and Third Party Plaintiffs' claims against the above-named Third Party Defendants are hereby **DISMISSED WITH PREJUDICE**.

If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement, including the confidentiality provision of the settlement and release agreement.

The Court finds that Plaintiffs' claims against the following Defendants remain in this action: Tony Alamo a/k/a Bernie L. Hoffman, the Tony and Susan Alamo Foundation, Twenty First Century Holiness Tabernacle Church, Inc., Armful of Help, Gloryland Christian Church, Greg Seago and John Does I-X. On February 8, 2017, the Clerk of Court entered a text only

2

notice regarding Plaintiffs' failure to file a proof of timely service for Defendants Armful of Help, Gloryland Christian Church and Twenty First Century Holiness Tabernacle Church, Inc. Plaintiffs are directed to file proof of timely service, or a statement as to when such proof will be filed, within fifteen (15) days of the filing of this Order. If Plaintiffs fail to file proof of timely service or a statement as to when such proof will be filed, the Clerk of Court is directed to dismiss Plaintiffs' claims for failure to timely serve.

**IT IS SO ORDERED**, this 24th day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge