IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VANESSA GRIFFIN, et al.                                                                PLAINTIFFS

v.                                      Case No. 4:14-cv-4065

TONY ALAMO, et al.                                                                     DEFENDANTS

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal without Prejudice. (ECF No. 325). Plaintiff requests that the claims against the following defendants in this matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i): Tony Alamo, aka Bernie Hoffman; Tony and Susan Alamo Foundation; Twenty-First Century Holiness Tabernacle Church, Inc.; Armful of Help; Gloryland Christian Church; Greg Seago; and John Does I-X.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiffs' claims against Defendants Tony Alamo, aka Bernie Hoffman; Tony and Susan Alamo Foundation; Twenty-First Century Holiness Tabernacle Church, Inc.; Armful of Help; Gloryland Christian Church; Greg Seago; and John Does I-X are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is hereby directed to close Plaintiffs' case.

**IT IS SO ORDERED**, this 11th day of April, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge